UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CURTIS LAMAR McQUEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV2 RWS |
| | ) | |
| SUSAN WICKLIFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 2, 2006, I granted Defendants' motion to dismiss this lawsuit. This order is to clarify that I granted not only the motion to dismiss at docket number 42. I also granted the motions to dismiss filed at docket numbers 58 and 82. These last two motions were filed by defendants who were served later in this lawsuit. Their motions to dismiss incorporated the memorandum in support of the first filed motion to dismiss. In addition,

**IT IS HEREBY ORDERED that** all other pending motions are **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2006.